# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **VS.** | : | |
| | : | |
| **NIKO RODRIGUEZ** | : | **19-64** |

### ORDER

**AND NOW**, this _____ day of _____, 2019, it is hereby ORDERED that defendant, Niko Rodriguez, currently supervised by the Pretrial Services Unit of the Eastern District of Pennsylvania, be permitted to travel from Philadelphia, Pennsylvania to Montego Bay, Jamaica from November 1, 2019 to November 5, 2019 to attend a family wedding.

Additionally, it is ORDERED that Clerk's Office return the defendant's passport to the defendant and/or Pretrial Services prior to November 1, 2019. The defendant is ORDERED to return his passport to Pretrial Services upon his return.

_____

**HONORABLE JEFFREY M. SCHMEHL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | ; | |
| **NIKO RODRIGUEZ** | : | **19-64** |

### DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

**TO THE HONORABLE JEFFREY L. SCHMEHL, JUDGE, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA:**

Niko Rodriguez, by and through his attorney Paul J. Hetznecker, Esquire, respectfully requests permission to travel and submits the following in support thereof:

1. On, January 29, 2019, Niko Rodriguez was charged in a multi-count Indictment.

2. On February 1, 2019, following his Initial Appearance and with the government's agreement, Magistrate Judge Elizabeth T. Hey released Mr. Rodriguez with the condition that his travel would be restricted to the Eastern District of Pennsylvania. Additionally, he was ordered to surrender his passport to Pretrial Services.

3. Mr. Rodriguez has complied with the conditions as set forth by the Magistrate's Order, including surrendering his passport to the Pre-Trial Services Unit.

4. Mr. Rodriguez is requesting permission to travel to Montego Bay, Jamaica from November 1, 2019 to November 5, 2019 to attend a family wedding.

5. Mr. Rodriguez will provide his travel arrangements to Pretrial Services.

**WHEREFORE**, the Defendant, Niko Rodriguez, respectfully requests that Your Honor grant permission for Mr. Rodriguez to travel to Jamaica from November 1, 2019 to November 5, 2019.

                                                      Respectfully submitted,

                                                      /S/ Paul J. Hetznecker, Esquire
                                                      Paul J. Hetznecker, Esquire
**DATE:**     **October 28, 2019**     Attorney for Defendant, Niko Rodriguez

## CERTIFICATE OF SERVICE

I, Paul J. Hetznecker, hereby certify that a true and correct copy of **Motion for Permission to Travel** was served on the following via electronic filing:

>Frank Costello, Esquire
>Assistant United States Attorney
>615 Chestnut Street
>Suite 1250
>Philadelphia, PA 19276-4476

/s/ Paul J. Hetznecker, Esquire
Paul J. Hetznecker, Esquire
Attorney for Defendant, Niko Rodriguez

DATE:   October 28, 2019