IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| v. | No. 19-64-6 |
| JOHN DOUGHERTY, *et al.* | |

### ORDER

**AND NOW**, this ___4th___ day of February, 2020, upon review of Defendant Niko Rodriquez's unopposed "Motion for Government Agents to Retain Rough Notes" (ECF Docket No. 48) it is hereby **ORDERED** that the Motion is **GRANTED**.[1]

BY THE COURT:

 /S/ JEFFREY L. SCHMEHL
Jeffrey L. Schmehl, J.

---

[1] In *United States v. Vella*, the Third Circuit adopted the D.C. Circuit's guidelines for the retention of rough interview notes.  *United States v. Vella*, 562 F.2d 275, 276 (3d Cir. 1977).  Namely, the Court determined that rough interview notes should be kept and produced so that the District Court may determine whether the notes are discoverable under *Brady v. Maryland*.  *See Brady v. Maryland*, 373 U.S. 83 (1963).  Considering this, we grant Defendant Rodriquez's Motion.