# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | :     **CRIMINAL ACTION NO. 19-64-6** |
| **NIKO RODRIGUEZ** | : |

## ORDER

**AND NOW,** this 28th day of October, 2019, upon consideration of Defendant's Motion for Travel (Docket No. 107), it is hereby **ORDERED** that Defendant, Niko Rodriguez, currently supervised by the Pretrial Services Unit of the Eastern District of Pennsylvania, be permitted to travel from Philadelphia, Pennsylvania to Montego Bay, Jamaica from November 1, 2019, to November 5, 2019, to attend a family wedding.

Additionally, it is **ORDERED** that the Clerk's Office shall return the Defendant's passport to the Defendant and/or Pretrial Services prior to November 1, 2019. The Defendant is **ORDERED** to return his passport to Pretrial Services upon his return.

BY THE COURT:

/s/ JEFFREY L. SCHMEHL, J.
JEFFREY L. SCHMEHL, J.