IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JOHN DOUGHERTY, *et al.*

CRIMINAL
No. 19-64-6

## ORDER

AND NOW, this 5th day of February, 2020, upon review of Defendant Niko Rodriquez's unopposed "Motion to Join in Co-Defendants' Motions" (ECF Docket No. 52) it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

Jeffrey L. Schmehl, J.